THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYDNEY SMITH, Appellant.— Orders affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GLOBE INDEMNITY COMPANY, Appellant, v. H. GOLDBERG TRUCKING CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JULIUS TISHMAN & SONS, INC., Respondent, v. WADDIE E. NAJJAR, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BERTI GABOR FEHER, Appellant, v. SUSANNA SCHMIDT FEHER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANCIS KEELY, an Infant, etc., by His Guardian ad Litem, THOMAS F. KEELY, Respondent, v. HARRY GRUBERGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling Merrell, McAvoy and Burr, JJ.

THOMAS F. KEELY, Respondent, v. HARRY GRUBERGER, Appellant.— Judgment and order affirmed, with costs, on the ground that the error assigned, to wit, that the verdict is excessive, cannot be raised on the point indicated by the appellant, namely, that the amount to be expended for an operation for the infant's cure should have been included in the infant's judgment, since the case was tried without objection on the theory that that was an expense to be borne by the father. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROSE PARADISE, Appellant, v. HARRY H. PARADISE, Respondent.— Judgment so far as appealed from affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of NATHAN COHEN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 11, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of ESTHER MARGOLIS, Appellant, in the Matter of SOLON COHEN and Others, for an Order Directing the Trustees of the Estate of NATHAN COHEN, Deceased, to Make Certain Payments, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before December 11, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE BOYD O'DAY v. JAMES A. O'DAY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of CHRISTOPHER C. JACKSON against WEST LUMBER CO., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GARRY DOHERTY v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.